**Order entered September 12, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01091-CV

**MELISSA HYATT, Appellant**

**V.**

**MICHAEL REIGHLEY, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-10926-T**

## ORDER

Before the Court is appellant's September 9, 2014 motion to extend time to pay the filing fee. Appellant asserts in her motion that she is "unable to acquire" the necessary funds, but she does not seek to proceed as indigent in accordance with Texas Rule of Appellate Procedure 20.1. *See* TEX. R. APP. P. 20.1. Instead, she seeks the extension so that her parents may loan her the money. We **GRANT** the motion and **ORDER** appellant to pay the filing fee, or show she is excused by statute or these rules from paying costs, no later than October 13, 2014. *See id.* 5. Appellant is cautioned that failure to pay the fee or make the required showing may result in dismissal of the appeal without further notice. *See id.* 5, 42.3.

/s/ ELIZABETH LANG-MIERS
JUSTICE